UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23-1089

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL A. CRAWFORD | **Magistrate Case No. 09958543 (Class A)**<br><br>**COMPLAINT**<br><br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Matthew J. Skahill,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **16th day of February 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DANIEL A. CRAWFORD** did commit:

Possession of a Firearm on a Federal Facility in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON AUGUST 10, 223.**

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

8/10/23 NK 9/7/23

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 Feb, 2023 while exercising my duties as a law enforcement officer in the Federal District of NJ

Defendant was found to be in possession of a loaded firearm at Bldg. 5645 on Federal property. Defendant was arrested and charged with 18 USC 930, court date of [illegible] 23.

The foregoing statement is based upon:

✓ my personal observation ✓ my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/16/2023 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 02/27/2023 12:20