UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.:  23-1089 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Daniel Crawford | : | |

The Court orders the defendant, Daniel Crawford, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other:  Forfeit firearms

/s/ Daniel Crawford
DEFENDANT

11/2/23
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

HONORABLE MATTHEW J. SKAHILL
U.S. MAGISTRATE JUDGE

11-9-23
DATE